IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILLIARD LUCIEN KING, | No. C 04-5455 TEH (PR) |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| vs. | |
| MENLO PARK POLICE DEPARTMENT, et al., | |
| Defendants. | (Docket No. 16) |

On May 8, 2008, Plaintiff filed an application to proceed *in forma pauperis* in the above-titled civil rights action brought under 42 U.S.C. § 1983. However, the Court dismissed this case on January 4, 2005. The docket reflects that on February 3, 2005, the Court denied Plaintiff's motion for reconsideration and denied Plaintiff's request for leave to proceed in forma pauperis "because he has had three or more prior prisoner actions dismissed by this court on the grounds that they are frivolous, malicious, or failed to state a claim upon which relief may be granted." (Docket No. 7.) Therefore, Plaintiff's application is DENIED. (Docket No. 16.)

**IT IS SO ORDERED.**

DATED: 05/21/08

THELTON E. HENDERSON
United States District Judge